**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2387**

OLANDIO RAY WORKMAN,

Plaintiff - Appellant,

v.

BILL M., CEO, Engineered Product Inc.; MONTRE JETER, lead man; CALEB DAVIS, co worker; CHRIS MATTERN, co worker; TEE BROKISKIE, 1st shift supervisor; MICHAEL COMPOS, co worker; JOHN, 1st shift supervisor, 2/2/2016 - 5/5/2016; ENGINEERED PRODUCT CORPORATION CO,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville. R. Bryan Harwell, District Judge. (6:17-cv-00972-RBH)

Submitted: March 29, 2018                                   Decided: April 2, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Olandio Ray Workman, Appellant Pro Se. James T. Hedgepath, NEXSEN PRUET, Greenville, South Carolina, for Appellee Engineered Product Corporation Co.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olandio Ray Workman appeals from the district court's order accepting the recommendations of the magistrate judge and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Workman v. Bill M.*, No. 6:17-cv-00972-RBH (D.S.C. Oct. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*